UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND and JOHN SCHMITT
(in his capacity as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

    Plaintiffs,

v.                                      Case No. 10-CV-315

SOUTH CENTRAL CONSTRUCTION, INC.
and JAMES W. THOMAS,

    Defendants.

---

### ORDER FOR JUDGMENT

---

Based upon the Stipulation for Judgment signed by the Plaintiffs and Defendant South Central Construction, Inc., now on file, the Court hereby enters judgment in favor of the Plaintiffs and against Defendant South Central Construction, Inc. in the amount of $66,967.96.

Dated this 11th day of March, 2011.

_____
Judge, United States District Court

Judgment entered this 15th day of March, 2011.

_____
PETER OPPENEER, Clerk of Court